| | |
|---|---|
| 1 | QUIN DENVIR, Bar #49374 |
| | Federal Defender |
| 2 | CARRIE LEONETTI, Maryland Bar |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | STENSLAND A. SMITH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:05mj0044 WMW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING AND RE-SET FOR |
| v. | ) | CHANGE OF PLEA AND |
| | ) |  ORDER THEREON |
| STENSLAND A. SMITH, | ) | |
| | ) |  Date: July 1, 2005 |
| Defendant. | ) | Time: 10:30 A.M. |
| | ) | Judge: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference hearing in the above-referenced matter now set for June 8, 2005, may be **continued to July 1, 2005, at 10:30 A.M. and re-set for change of plea before Magistrate Dennis L. Beck .**

This stipulation is presented to the court at the request of counsel for defendant to allow additional time to complete negotiation and preparation of a plea agreement.

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: June 7, 2005    By /s/ by Carrie S. Leonetti w/consent of Stanley A. Boone
STANLEY A. BOONE
Assistant United States Attorney
Attorney for Plaintiff

QUIN DENVIR
Federal Defender

DATED: June 7, 2005    By /s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

Time is hereby excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 8, 2005**          /s/ Lawrence J. O'Neill
b9ed48                             UNITED STATES MAGISTRATE JUDGE

2