QUIN DENVIR, Bar #49374
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STENSLAND A. SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:05mj0044 WMW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING SCHEDULE AND HEARING |
| v. | ) | AND  ORDER THEREON |
| | ) | |
| STENSLAND A. SMITH, | ) |  Date:  September 23, 2005 |
| | ) | Time:  10:30 A.M. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel, Assistant United States Attorney Stanley A. Boone, counsel for Plaintiff, and Carrie S.

Leonetti, counsel for Defendant Stensland A. Smith, that the presentence report shall be due August 19,

2005, informal objections to the Presentence Investigation Report shall be due September 2, 2005, formal

objections to the Presentence Investigation Report shall be due September 16, 2005, and **the sentencing**

**hearing now scheduled for September 9, 2005, may be continued to September 23, 2005, at**

**10:30 A.M.**

Defendant seeks this continuance because counsel for defendant is scheduled to be out of her office

July 18 through July 29, 2005.  The Probation Officer has advised counsel that he will require additional

time for preparation of the presentence report because the defendant's interview cannot be scheduled until

counsel's return.  The requested continuance will allow sufficient time to complete preparation of the

1   Presentence Investigation Report and have adequate time for review and any relevant objections/replies to

2   the Presentence Report prior to the sentencing hearing.

3                                          McGREGOR W. SCOTT
                                           United States Attorney
4

5                                          /s/ by Carrie S. Leonetti w/consent of
6   DATED: August 1, 2005        By    Stanley A. Boone
                                       _____
7                                          STANLEY A. BOONE
                                           Assistant United States Attorney
8                                          Attorney for Plaintiff

9                                          QUIN DENVIR
                                           Federal Defender
10

11

12  DATED: August 1, 2005        By   /s/ Carrie S. Leonetti
                                       _____
13                                         CARRIE S. LEONETTI
                                           Assistant Federal Defender
14                                         Attorney for Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Sentencing Schedule
and Hearing, and [Proposed] Order Thereon          2

**CERTIFICATE OF SERVICE**

UNITED STATES OF AMERICA,    )   Case No. 6:05mj0044 WMW
    )
                Plaintiff,    )
    )
        v.    )
    )
STENSLAND A. SMITH,    )
    )
              Defendant.    )
_____  )

       The undersigned hereby certifies that he/she is an employee in the Office of the Federal

Defender for the Eastern District of California and is a person of such age and discretion as to be

competent to serve papers.

       On August 1, 2005, in addition and as a supplement to the electronic mail notice generated in the

above-referenced matter, he/she personally served a copy of the original of the attached:

**STIPULATION TO CONTINUE SENTENCING SCHEDULE**
**AND HEARING**
**AND [PROPOSED] ORDER THEREON**

upon the Plaintiff and interested parties in said action by hand delivery to the persons at the places

hereinafter set forth, as follows:

      BRIAN BEDROSIAN
      United States Probation Officer
      Federal Building, Room 1000
      1130 O Street
      Fresno, CA 93721

DATED: August 1, 2005

                        /s/ Agapita Betancourt
                        AGAPITA BETANCOURT

            [Original signature of Agapita Betancourt
            maintained in file of Carrie Leonetti.]IT IS SO ORDERED.

1  **Dated:   August 2, 2005**                    /s/ Lawrence J. O'Neill
   b9ed48                              UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Sentencing Schedule
and Hearing, and [Proposed] Order Thereon          4