McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
MISDEMEANOR UNIT
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 6:05mj0044 WMW |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE GOVERNMENT'S RESPONSE |
| | ) | TO DEFENDANT SMITH'S MOTION TO |
| STENSLAND A. SMITH, | ) | WITHDRAW GUILTY PLEAS |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through

their respective counsel, STANLEY A. BOONE, Assistant United States

Attorney for Plaintiff and CARRIE S. LEONETTI, attorney for Defendant,

that the government's response to defendant's motion currently

//

//

//

//

//

1

scheduled for  October 7, 2005 shall be continued until October 12, 2005.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: <u>October 7, 2005</u>      By   <u>/s/ Stanley A. Boone</u>
                                       STANLEY A. BOONE
                                       Assistant U.S. Attorney


DATED: <u>October 7, 2005</u>      By   <u>/s/Carrie S. Leonetti</u>
                                       CARRIE S. LEONETTI
                                       Attorney for Defendant

     IT IS SO ORDERED.

     **Dated:   <u>October 11, 2005</u>**          <u>      **/s/ Dennis L. Beck**      </u>
3b142a                                  UNITED STATES MAGISTRATE JUDGE

2